# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> YELLOW CORPORATION, <br><br> Debtor. | ) Chapter 11 <br> ) <br> ) Bankruptcy Case No.: 23-11069 (CTG) <br> ) Bankruptcy BAP No.: 25-00055 <br> ) <br> ) |
| MFN PARTNERS, LP and MOBILE STREET HOLDINGS, LLC, <br><br> Appellants, <br><br> v. <br><br> YELLOW CORPORATION, *et al.*, <br><br> Appellees. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 25-1410-JLH <br> ) <br> ) <br> ) <br> ) |

## ORDER

At Wilmington, this 12th day of January 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule (agreed to by the parties):

1. Appellants' brief in support of the appeal is due on or before **January 30, 2026.**

2. Appellees' brief in opposition to the appeal is due on or before **March 2, 2026.**

3. Appellants' reply brief is due on or before **March 17, 2026.**

_____
The Honorable Jennifer L. Hall
United States District Judge