# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC,<br><br>Appellants,<br><br>v.<br><br>YELLOW CORPORATION and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Appellees. | Civil Action No.: 1:25-cv-01410-JLH<br><br>**Re: Dkt. No. 23** |

### STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE

WHEREAS, this stipulation ("Stipulation") is made and entered into by and among MFN Partners, LP ("MFN") and Mobile Street Holdings, LLC ("Mobile Street" (and collectively with MFN, the "Appellants"); and the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  10990 Roe Avenue, Overland Park, Kansas 66211.

Committee of Unsecured Creditors (the "Committee" and together with the Debtors, the "Appellees").

WHEREAS, the Appellants and Appellees (collectively, the "Parties") hereby stipulate and agree as follows:

1. On November 19, 2025, the Appellants filed the *MFN Partners, LP's and Mobile Street Holdings, LLC's Amended Notice of Appeal* [Bankr. Dkt. No. 8231] in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), appealing the Bankruptcy Court's *Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors*, entered November 19, 2025 [Bankr. Dkt. No. 8229], the *Bench Ruling on Plan Confirmation* [Bankr. Dkt. No. 8212] which took place on November 17, 2025, and the *Memorandum Opinion regarding Plan Confirmation* [Bankr. Dkt. No. 8258] released on November 25, 2025, thereby commencing the instant bankruptcy appeal (the "Bankruptcy Appeal").

2. On December 29, 2025, the Parties Submitted the *Mediation and Proposed Briefing Schedule Joint Letter* with the Clerk of Court for the United States District Court for the District of Delaware (the "Court") agreeing that mediation would not be beneficial to resolve the matters raised in the Bankruptcy Appeal.

3.    On January 9, 2026, Judge Christopher J. Burke issued a recommendation that the Bankruptcy Appeal be withdrawn from mandatory mediation and proceed through the appellate process of this Court. *See* Dkt No. 22.

4.    On January 12, 2026, the Court accepted the recommendation that the Bankruptcy Appeal be withdrawn from mandatory mediation and accepted the Parties' proposed briefing schedule. *See* Dkt. No. 23.

5.    The Parties have since conferred, and agree, subject to the Court's approval, to amend the briefing schedule set forth at Dkt. No. 23.

**IT IS HEREBY STIPULATED AND AGREED** by the parties, and subject to the approval of the Court, that the briefing schedule shall be amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline for Appellants' principal brief and appendix | January 30, 2026 | February 13, 2026 |
| Deadline for Appellees' answering brief(s) | March 2, 2026 | March 16, 2026 |
| Deadline for Appellants' reply brief | March 17, 2026 | March 30, 2026 |

Dated: January 28, 2026

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **POTTER ANDERSON & CORROON LLP** |

/s/ *Peter J. Keane*
Laura Davis Jones (DE No. 2436)
Timothy P. Cairns (DE No. 4228)
Peter J. Keane (DE No. 5503)
Edward Corma (DE No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

– and –

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Patrick J. Nash, P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
Shirley Chan (admitted *pro hac vice*)
333 W. Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email: pnash@kirkland.com
dseligman@kirkland.com
shirley.chan@kirkland.com

*Counsel for Appellees, the Debtors*

/s/ *Maria Kotsiras*
L. Katherine Good (DE No. 5101)
Maria Kotsiras (DE No. 6840)
Andrew C. Ehrmann (DE No. 7395)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: kgood@potteranderson.com
mkotsiras@potteranderson.com
aehrmann@potteranderson.com

– and –

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Eric Winston (admitted *pro hac vice*)
Benjamin Roth (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  ericwinston@quinnemanuel.com
benroth@quinnemanuel.com

*Counsel for Appellants, MFN Partners, LP and Mobile Street Holdings, LLC*

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

/s/ *John C. Gentile*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

*Counsel for Appellees, the Official Committee of Unsecured Creditors*

       SO ORDERED this  29th  day of  January       , 2026

                                                  _____
                                                  The Honorable Jennifer L. Hall
                                                  United States District Judge