# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC,<br><br>    Appellants,<br><br>v.<br><br>YELLOW CORPORATION and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Appellees. | Civil Action No.:  1:25-cv-01410-JLH |

## APPELLANTS' REQUEST FOR ORAL ARGUMENT

Appellants MFN Partners, LP and Mobile Street Holdings, LLC (the "Appellants"), in accordance with Rule 8019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") respectfully request oral argument on the above-captioned appeal.  In support hereof, Appellants state as follows:

---

[1]    A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  10990 Roe Avenue, Overland Park, Kansas 66211.

Bankruptcy Rule 8019(a) provides that a "party may file, or a district court or BAP may require, a statement explaining why oral argument should, or need not, be permitted." Fed. R. Bankr. P. 8019(a). Bankruptcy Rule 8019(b), in turn, provides that "[o]ral argument must be allowed in every case unless the district judge . . . examines the briefs and record and determines that oral argument is unnecessary because (1) the appeal is frivolous; (2) the dispositive issue or issues have been authoritatively decided; or (3) the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument." Fed. R. Bankr. P. 8019(b).

The Appellants respectfully submit that oral argument should be permitted in this appeal and that the decisional process will be aided by oral argument. While this appeal deals primarily with the Debtors' failure to prove that the Fourth Amended Plan satisfies the "best interests of creditors" test under 11 U.S.C. § 1129(a)(7), the underlying facts and record present numerous complexities, including whether the Bankruptcy Court properly reached and applied its unsupported, untestable assumptions, and whether the Bankruptcy Court used an improper "simplifying assumption" to avoid the requisite debtor-by-debtor analysis. Further, this appeal also questions the Bankruptcy Court's findings regarding the Debtors' and the Committee's good faith in proposing the Fourth Amended Plan. While these issues are addressed in the parties' briefs, the Appellants respectfully submit that the intricacy of these disputed issues warrants additional development through oral

2

argument.  The Appellants also submit that the amounts at issue under the Fourth Amended Plan—according to the Plan Proponents, between $600–$700 million in distributable value and between $1.28–$1.66 billion in general unsecured claims to be paid—warrant close review and the opportunity for argument.

**WHEREFORE**, the Appellants respectfully request that the Court schedule oral argument in this appeal and grant such other and further relief as the Court deems warranted.

*[Signature Page Follows]*

3

Dated:  April 2, 2026
         Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ *Ethan H. Sulik*

L. Katherine Good (DE No. 5101)
Shannon A. Forshay (DE No. 7293)
Ethan H. Sulik (DE No. 7270)
Halley S. Dannemiller (DE No. 7562)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
sforshay@potteranderson.com
esulik@potteranderson.com
hdannemiller@potteranderson.com

– and –

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

Eric Winston (admitted *pro hac vice*)
Benjamin Roth (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com
benroth@quinnemanuel.com

*Counsel for Appellants, MFN Partners, LP
and Mobile Street Holdings, LLC*

4